UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

TROY FULLER,                                    JUDGMENT IN A CIVIL CASE

    Petitioner,

vs.

UNITED STATES OF AMERICA                        CASE NO: 14-1249-STA-egb

    Respondent.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying § 2254 Petition, Denying Certificate of Appealability, Certifying That An Appeal Would Not Be Taken In Good Faith, and Denying Leave To Appeal In Forma Pauperis entered on September 11, 2017, the petition is DENIED.

    APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 9/11/2017                    THOMAS M. GOULD
                                   Clerk of Court

                                   s/Maurice B. BRYSON

                                   (By)  Deputy Clerk